JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant,*
*Progressive Premier Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELO DELEON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE PREMIER INSURANCE COMPANY OF ILLINOIS; DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No: 2:22-cv-00442-JAD-NJK<br><br>ECF No. 12 |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between BETSY C. JEFFERIS-AGUILAR, ESQ., of the law firm of GINA CORENA & ASSOCIATES, attorneys for Plaintiff, ANGELO DELEON, and JENNIFER I. MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE PREMIER INSURANCE COMPANY, that the within matter be

///
///
///
///
///
///

1  ///
2  dismissed, with prejudice, each party to bear their own attorneys' fees and costs.
3  DATED: 6/6/21                                          DATED: 6-7-22

4  **GINA CORENA & ASSOCIATES**                           **DENNETT WINSPEAR, LLP**

   #13743

6  By _____              By _____
   GINA M. CORENA, ESQ.                      RYAN L. DENNETT, ESQ.
7  Nevada Bar No. 10330                      Nevada Bar No. 005617
   BETSY C. JEFFERIS-AGUILAR, ESQ.           JENNIFER INSLEY MICHERI, ESQ.
8  Nevada Bar No. 12980                      Nevada Bar No. 10089
   300 S. Fourth Street, Suite 1250          3301 N. Buffalo Drive, Suite 195
9  Las Vegas, Nevada 89101                   Las Vegas, Nevada 89129
   Telephone: (702) 680-1111                 Telephone:  (702) 839-1100
10 Facsimile:  (888) 987-6507                Facsimile:  (702) 839-1113
   **Attorneys for Plaintiffs,**             **Attorneys for Defendant,**
11 **Angelo Deleon**                         **Progressive Premier**
                                             **Insurance Company**

                                   ORDER

Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 7, 2022

**DENNETT WINSPEAR, LLP**

By _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89129
**Attorneys for Defendant**
**Progressive Premier**
**Insurance Company**